DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ITZHAK BAK,**
Appellant,

v.

**JOYCE BAK,**
Appellee.

No. 4D2025-2287

[July 23, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Randall Goodman, Judge; L.T. Case No. 502024CA003630XXXAMB.

Matthew Z. Karim of the Law Offices of Matthew Karim PLLC, Fort Lauderdale, for appellant.

Jonathan Z. Schiller of Brinkley Morgan, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES, ANTHONY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***